RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/16/05
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DARREN TYRONE SLOAN, ET AL. | CONSOLIDATED CIVIL ACTION NO. 02-2176-P |
| versus | JUDGE WALTER |
| WARDEN BURL CAIN | MAGISTRATE JUDGE PAYNE |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all of Petitioner's claims, save those for ineffective assistance of counsel, are dismissed with prejudice. Final judgment will not be entered until the ineffective assistance claims are resolved.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9 day of Sept, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE