RECEIVED

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DARREN T. SLOAN | CIVIL NO. 02-2176 P |
| versus | JUDGE WALTER |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HORNSBY |

## **MEMORANDUM ORDER**

A status conference was held on October 31, 2005 with counsel for the State and counsel for Petitioner. An **EVIDENTIARY HEARING** will be held on **January 17, 2006 at 1:30 p.m.** in courtroom 3 regarding the Strickland claim. The parties should also submit any evidence, not already in the record, that they may have relevant to the timeliness and equitable tolling issues discussed in the earlier Report and Recommendation.

Counsel for Petitioner should file, by December 16, 2005 a **motion for writ of habeas corpus ad testificandum** to secure Petitioner's presence at the hearing. Counsel for the State represented at the conference that she will attempt to locate former assistant district attorney Karen Avery and, if successful, provide Petitioner's counsel with Avery's contact information. Counsel for Petitioner is granted leave pursuant to Rule 6 of the Rules Governing Habeas Corpus Cases Under Section 2254 to issue subpoenas to Anthony Hollis (trial defense counsel) and Piper and Associates (Hollis's law firm at the time) to discover information that may be relevant to these proceedings.

If counsel intend to call **witnesses** other than Petitioner and Mr. Hollis, they should advise the court and opposing counsel, in writing, of the name of those witnesses by January 10, 2006. They should also, by January 10, 2006, exchange and submit to chambers copies of any **exhibits** they intend to offer at the hearing.

The clerk of court is requested to arrange for a **court reporter** for the hearing, which should be completed in one afternoon.

THUS DONE AND SIGNED in Shreveport, Louisiana on this 31st day of October, 2005.

                          MARK L. HORNSBY
                UNITED STATES MAGISTRATE JUDGE