RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/12/06
BY Pm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DARREN TYRONE SLOAN, ET AL. | CONSOLIDATED CIVIL ACTION NO. 02-2176 |
| versus | JUDGE WALTER |
| WARDEN BURL CAIN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims in the petition for writ of habeas corpus are **DENIED** and Petitioner's complaint is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of April, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE