

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DARREN TYRONE SLOAN | CIVIL ACTION NO. 02-2176-P |
| VERSUS | JUDGE DONALD E. WALTER |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HORNSBY |

## ORDER

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. §2253, hereby finds that;

The Motion for a Certificate of Appealability [Doc. #49] is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this ___ day of May, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE